**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00188-CV**
_____

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**C.S.C., Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. X-2137**

## MEMORANDUM OPINION

The Texas Department of Public Safety filed a notice of appeal from the trial court's order granting C.S.C.'s petition for expunction. The parties have filed a joint motion to reverse and render judgment. In the motion, the parties have agreed that C.S.C. is not entitled to an expunction, that the order of expunction should be reversed in its entirety, and that judgment should be rendered in favor of the Texas Department of Public Safety. We grant the motion, reverse the trial court's expunction order, and render judgment denying C.S.C.'s petition for expunction.

1

REVERSED AND RENDERED.

_____
CHARLES KREGER
Justice

Submitted on September 29, 2020
Opinion Delivered September 30, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.